**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) ) ) SUNGEVITY, INC., *et al.*,[1] ) ) ) Debtors. ) ) | Chapter 11 Case No. 17-10561 (KG) Jointly Administered |

**NOTICE OF PROPOSED SALE, BIDDING PROCEDURES,
AUCTION, AND SALE HEARING**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on March 13, 2017 (the "Petition Date").

**PLEASE TAKE FURTHER NOTICE** that on March 13, 2017, the Debtors filed a motion (the "Sale Motion") with the Bankruptcy Court, seeking entry of orders, among other things, approving (a) the sale of the Debtors' Acquired Assets[2] to LHSC Solar Holdings, LLC and Hercules Capital, Inc. (the "Stalking Horse Bidders"), for $50 million, subject to adjustment (the "Sale Transaction"), subject to the submission of higher or better offers in an auction process (the "Auction"); (b) procedures for the solicitation of bids in connection with the Auction, to the Sale Motion (the "Bidding Procedures"), attached as Exhibit B to the Sale Motion; (c) the form and manner of notices related to the Sale Transaction; and (d) procedures for the assumption and assignment of contracts and leases in connection with the Sale Transaction (the "Assumption and Assignment Procedures"). **THE BIDDING PROCEDURES HAVE NOT YET BEEN APPROVED BY THE BANKRUPTCY COURT.**

**PLEASE TAKE FURTHER NOTICE** that approval of the Sale of the Acquired Assets to the Stalking Horse Bidders or other Successful Bidder may result in, among other things, the assumption, assignment, and/or transfer by the Debtors of certain executory contracts and unexpired leases. If you are counterparty to an executory contract or unexpired lease with the Debtors, you will receive a separate notice regarding the Assumption and Assignment Procedures that contains additional relevant dates and other information that may impact you as counterparty to such executory contract or unexpired lease.

**PLEASE TAKE FURTHER NOTICE** that, on March 15, 2017, the Court entered an order shortening the notice period with respect to the hearing (the "Bidding Procedures Hearing"), which may be adjourned and continued without further notice than announcement in open court or through the filing of a notice or other document on the Bankruptcy Court's docket, to consider entry of the proposed order (the "Proposed Bidding Procedures Order"), attached as Exhibit A to the Sale Motion, approving, among

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Sungevity, Inc. (4328), Sungevity SD, LLC (4847), Sungevity Development, LLC (0323), and Sungevity International Holdings LLC (5598). The principal place of business for each of the Debtors is 66 Franklin Street, Suite 310, Oakland, CA 94607.

[2] Capitalized terms used in this Notice and not immediately defined have the meanings given to such terms in the Sale Motion.

other things, the Bidding Procedures, which establish the key dates and times related to the Sale Transaction and the Auction.  To the extent that there are any inconsistencies between the terms of an order entered by the Bankruptcy Court approving the Bidding Procedures (the "Entered Bidding Procedures Order"), the proposed Bidding Procedures, and the summary descriptions of the proposed Bidding Procedures in this notice, the Entered Bidding Procedures Order shall control in all respects.  All interested bidders should carefully read the proposed Bidding Procedures Order and the proposed Bidding Procedures attached to the Sale Motion in their entirety.  The proposed deadline by which all Bids must be *actually received* is **5:00 p.m. on April 7, 2017 (EDT)** (the "Bid Deadline").

### Contact Persons for Parties Interested in Submitting a Bid

The Bidding Procedures set forth in detail the requirements for submitting a Qualified Bid, and any person interested in making an offer to purchase the Acquired Assets **must** comply strictly with the Bidding Procedures.  **Only Qualified Bids will be considered by the Debtors**.  Any persons interested in making an offer to purchase the Acquired Assets should contact:

| **Proposed Investment Banker to Debtors** | **Proposed Lead Counsel to Debtors** |
|---|---|
| Ducera LLC<br>499 Park Avenue, 16th Floor<br>New York, New York 10022<br>Attn: Joshua Scherer<br>(jscherer@ducerapartners.com)<br>(212) 671-9771 | Morrison & Foerster LLP<br>250 West 55th Street<br>New York, New York 10019<br>Attn: Jonathan I. Levine (jonlevine@mofo.com) and<br>Jennifer L. Marines (jmarines@mofo.com)<br>(212) 468-8000 |

### Obtaining Additional Information

Additional copies of the Sale Motion (including the Proposed Bidding Order and proposed Bidding Procedures) and, when entered by the Bankruptcy Court, the Entered Bidding Procedures Order, and any Post-Auction Notice, as well as all related exhibits including the Stalking Horse Agreement and all other documents filed with the Bankruptcy Court (collectively, the "Sale Documents"), are available free of charge on the website of the Court-appointed claims and noticing agent for the Debtors' chapter 11 cases, Kurtzman Carson Consultants LLC ("KCC"), www.kccllc.net/Sungevity.  The Sale Documents are also available, free of charge, upon request to KCC (tel: 888-249-2741; fax: 310-751-1561; sungevityinfo@kccllc.com) or the Debtors (Beth Olivere, paralegal, tel: 302-571-6557; fax: 302-576-3394; bolivere@ycst.com).

### Important Proposed Dates and Deadlines

The dates and deadlines set forth below have been requested by the Debtors but are subject to Court-approval at the Bidding Procedures Hearing.  **These dates and deadlines will be finalized in the Entered Bidding Procedures Order and remain subject to change.**

1. The proposed deadline to file an objection with the Bankruptcy Court to the entry of an order approving the sale (the "Sale Order") and all objections related to the Stalking Horse Bidders (collectively, "Sale Objections") is **4:00 p.m. Eastern Time on April 11, 2017 (EDT)** (the "Sale Objection Deadline").

2. The proposed deadline to submit a Qualified Bid is **5:00 p.m. on April 7, 2017 (EDT)**.

3. In the event that the Debtors timely receive a Qualified Bid in addition to the Qualified Bid of the Stalking Horse Bidders, the Debtors intend to conduct an Auction for the Acquired Assets. The Debtors proposed to hold the Auction, if any, at **10:00 a.m. (EDT) on April 10, 2017** at the offices of the proposed co-counsel for the Debtors, Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Wilmington, Delaware 19801 (or at any other location as the Debtors may hereafter designate on proper notice).

4. The proposed deadline for objections to the conduct of the Auction and the terms of a Sale to a Successful Bidder other than the Stalking Horse Bidders (collectively, "Auction Objections") **is 4:00 p.m. (EDT) on August 13, 2017** (the "Auction Objection Deadline").

5. The Debtors propose that the hearing (the "Sale Hearing") to consider the proposed Sale be held at **on April 17, 2017 at 3:00 p.m. (EDT)**, or such other date as determined by the Court, at 824 North Market Street, Wilmington, Delaware 19801.

6. Upon approval of the Bidding Procedures, the Entered Bidding Procedures Order setting forth the finalized dates and deadlines shall be made available online at www.kccllc.net/Sungevity.

**Filing Sale Objections**

Sale and Auction Objections, if any, must: (a) be in writing; (b) state with specificity the nature of such objection; (c) comply with the Bankruptcy Rules and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and (d) be filed with the Bankruptcy Court and served upon, so as to be **actually received** on or prior to the Sale Objection Deadline or the Auction Objection Deadline, as applicable, by the following parties: (i) the Debtors, 66 Franklin Street, Suite 310, Oakland, California 94607, Attn: Elizabeth Rushforth; (ii) co-counsel to the Debtors, Morrison & Foerster LLP, 250 West 55th Street, New York, New York 10019, Attn: Jonathan I. Levine, Esq. (jonlevine@mofo.com) and Jennifer L. Marines, Esq. (jmarines@mofo.com); (iii) co-counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, Attn: M. Blake Cleary, Esq. (mbcleary@ycst.com) and Jaime Luton Chapman, Esq. (jchapman@ycst.com); (iv) counsel to any official committee appointed in these chapter 11 cases; and (v) the Office of the United States Trustee for the District of Delaware, Attn: Linda J. Casey (linda.casey@usdoj.gov).

**CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION:**

**ANY PARTY OR ENTITY WHO FAILS TO TIMELY FILE AND SERVE A SALE OBJECTION ON OR BEFORE THE SALE OBJECTION DEADLINE, OR RAISE AN AUCTION OBJECTION ON OR BEFORE THE AUCTION OBJECTION DEADLINE, IN ACCORDANCE WITH THE ENTERED BIDDING PROCEDURES ORDER MAY BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE SALE, INCLUDING WITH RESPECT TO THE TRANSFER OF THE TRANSFERRED ASSETS OF THE DEBTOR ESTATES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS EFFECTED THEREUNDER.**

> **NO SUCCESSOR OR TRANSFEREE LIABILITY**
>
> The Stalking Horse Agreement and proposed Sale Order provide that the Stalking Horse Bidders and/or Successful Bidder, if applicable, will have no responsibility for, and the Acquired Assets will be sold free and clear of, any successor liability, including, but not limited to, the following: (a) any liability or other obligation of the Debtors' estates or related to the Debtors' Acquired Assets other than as expressly set forth in the Stalking Horse Agreement; or (b) any claims against the Debtors, their estates, or any of their predecessors or affiliates.  Except as expressly provided in the Sale Order or the Stalking Horse Agreement, the Stalking Horse Bidders or Successful Bidder shall not be the successor to any liability of any Seller and shall not assume, nor in any way be liable or responsible for, any claim or liability of the Debtors or their non-Debtor affiliates, whether relating to or arising out of the Business, the Excluded Assets, the Acquired Assets or otherwise.

Dated:  March 15, 2017
        Wilmington, Delaware

/s/ Jaime Luton Chapman
M. Blake Cleary (No. 3614)
Jaime Luton Chapman (No. 4936)
Kenneth A. Listwak (No. 6300)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

-and-

Jonathan I. Levine
Jennifer L. Marines
Melissa A. Hager
Erica J. Richards
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Proposed Counsel for Debtors and Debtors-in-Possession*