# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SUNGEVITY, INC. | | |
| **Case Number:** | 17-10561-LSS | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 15, 2017 01:30 PM   CRT#6, 5TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

### Matter:

First Day Motions
**R / M #:**   0 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

HEARING HELD. AGENDA ITEMS:
FIRST DAY MOTIONS
I - 1. Voluntary Petition Packages
    2. Declaration of Andrew Birch - Admitted
II  First Day Matters Going Forward
    3. Joint Administration -  ORDER SIGNED
    4. Claims and Noticing Agent Retention- ORDER SIGNED
    5. Utilities - Interim ORDER SIGNED - Date: 4/7/17 @ 2:00 pm
    6. Cash Management - Interim ORDER SIGNED - Date: 4/7/17 @ 2:00 pm
    7. Taxes & Fees - Interim ORDER SIGNED  - Date: 4/7/17 @ 2:00 pm
    8. Insurance - Interim ORDER SIGNED  - Date: 4/7/17 @ 2:00 pm
    9. Customer Programs  - Interim ORDER SIGNED  - Date:  4/7/17 @ 2:00 pm
    10. Wages & Benefits - Interim ORDER SIGNED - Date Scheduled: 4/7/17 @ 2:00 pm
    11. Critical Vendors - Interim ORDER SIGNED  - Date Scheduled:  4/7/17 @ 2:00 pm
    12. DIP - Interim ORDER SIGNED - Date: 4/7/17 @ 2:00 pm
    13. Scheduling of Bid Procedures Hearing - Interim ORDER SIGNED - Date: 3/29/17 @ 9:30
am
     A. Sale  - 4/17/17 @ 3:00 pm

OMNIBUS HEARING - 4/12/17 @ 2:00 pm