**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Sungevity, Inc. | : | Case No. 17-10561 (LSS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Mario Palumbo c/o Millenium Partners**, Attn: Mario Palumbo, 1995 Broadway, 3rd Floor, New York, NY 10023, Phone: 212-875-4905

2. **LG Electronics U.S.A, Inc.** Attn: Paul Ertel, 910 Sylvan Avenue, Englewood Cliffs, NJ 07632, Phone:201-816-2079

3. **Locus Energy, Inc.,** Attn: Christopher Cline, 2 Hudson Place, 6th Floor, Hoboken, NJ 07030, Phone: 631-288-6116, Fax: 888-362-0641

4. **Andrew Adelman c/o Jack Raisner, Esq. and Rene Roupinian, Esq.** Attn: Outten & Golden LLP, 985 Third Avenue, 25th Floor, New York, NY 10017, Phone: 212-245-1000, Fax: 646-509-2070

5. **SolarEdge Technologies, Inc.,** Attn: Rachel Prishkolnik, 47505 Seabridge Drive, Fremont, CA 94538, Phone: 510-498-3200

                                             ANDREW R. VARA
                                             Acting United States Trustee, Region 3

                                             /s/ Linda Casey for
                                             T. PATRICK TINKER
                                             ASSISTANT UNITED STATES TRUSTEE

DATED: March 22, 2017