**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| SUNGEVITY, INC., *et al.*,[1] | ) ) Case No. 17-10561 (KG) |
| Debtors. | ) ) Jointly Administered ) |

**NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 29, 2017 AT 9:30 A.M. (ET)**

**MATTER GOING FORWARD**

1. Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Assets, Including Approving Break-Up Fee and Expense Reimbursement, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice Of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of all Liens, Claims, Encumbrances, and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [D.I. 15, 3/13/17]

    Response Deadline:   March 27, 2017 at 4:00 p.m. (ET); Extended for the Official Committee of Unsecured Creditors until 12:00 p.m. (ET) on March 28, 2017.

    Related Documents:

    A.   Order, Pursuant to Local Rule 9006-1(e) Shortening the Time for Notice of the Hearing to Consider Bidding Procedures in the Debtors' Sale Motion [D.I. 46, 3/15/17]

    B.   Notice of Proposed Sale, Bidding Procedures, Auction and Sale Hearing [D.I. 49, 3/15/17]

    C.   Omnibus Notice of Pleadings and Hearing Thereon [D.I. 62, 3/16/17

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Sungevity, Inc. (4328), Sungevity SD, LLC (4847), Sungevity Development, LLC (0323), and Sungevity International Holdings LLC (5598). The principal place of business for each of the Debtors is 66 Franklin Street, Suite 310, Oakland, CA 94607.

[2] **Amended items appear in bold.**

      D.    Amended Notice of Pleadings and Hearings Thereon [D.I. 65, 3/17/17]

      E.    Affidavit of Publication of Notice of Proposed Sale, Bidding Procedures, Auction and Sale Hearing [D.I. 88, 3/21/17]

<u>Responses Received</u>:

      F.    Informal Comments from the U.S. Trustee

      G.    Limited Objection of Jack London Square Existing (Oakland) Owner, LLC [D.I. 120, 3/27/17]

      H.    Objection of the Official Committee of Unsecured Creditors to Debtors' Bidding Procedures Motion [D.I. 123, 3/28/17]

<u>Additional Related Documents</u>:

      **I.**    **Supplemental Declaration of Joshua S. Scherer in Support of the Bidding Procedures and Sale Motion [D.I. 127, 3/28/17]**

<u>Status</u>:    The Debtors are continuing to work with parties-in-interest to address the responses received and intend to submit a revised Bidding Procedures Order at the hearing. This matter is going forward solely with respect to entry of the proposed Bidding Procedures Order**.**

Dated: March 29, 2017
       Wilmington, Delaware

                             */s/ Jaime Luton Chapman*
M. Blake Cleary (No. 3614)
Jaime Luton Chapman (No. 4936)
Kenneth A. Listwak (No. 6300)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

Jonathan I. Levine (admitted *pro hac vice*)
Jennifer L. Marines (admitted *pro hac vice*)
Melissa A. Hager (admitted *pro hac vice*)
Erica J. Richards (admitted *pro hac vice*)
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Proposed Counsel for Debtors and Debtors-in-Possession*