## Schedule 3

## Post-Auction Notice

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| SUNGEVITY, INC., *et al.*,[1] ) | Case No. 17-10561 (KG) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

### NOTICE OF SUCCESSFUL BIDDER

**PLEASE TAKE NOTICE THAT:**

1. Pursuant to the *Order (I) Establishing Bidding Procedures and Granting related relief and (II) Approving the Bid Protections Related to the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Interests* [D.I. __] (the "Bidding Procedures Order")[2] entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on March [29], 2017, the above captioned debtors and debtors-in-possession (collectively, the "Debtors") have accepted the bid of [●] for the purchase of substantially all of the Debtors' assets (the "Sale"). The terms of the bid are set forth in the asset purchase agreement (the "APA") dated as of [●], 2017 between the Debtors and [●] (the "Purchaser"), substantially in the form attached hereto as Exhibit A.

2. At the Sale Hearing to be held on April 17, 2017 at 3:00 p.m. (prevailing Eastern Time) before the Honorable Kevin Gross, at the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801, the Debtors will seek entry of an order,

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Sungevity, Inc. (4328), Sungevity SD, LLC (4847), Sungevity Development, LLC (0323), and Sungevity International Holdings LLC (5598). The principal place of business for each of the Debtors is 66 Franklin Street, Suite 310, Oakland, CA 94607.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order.

approving the Sale free and clear of all liens, claims, interests and encumbrances except as otherwise provided in the APA.

Dated: April [__], 2017
       Wilmington, Delaware

                                      M. Blake Cleary (No. 3614)
                                      Jaime Luton Chapman (No. 4936)
                                      Kenneth A. Listwak (No. 6300)
                                      **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
                                      Rodney Square
                                      1000 North King Street
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 571-6600
                                      Facsimile: (302) 571-1253

                                      -and-

                                      Jonathan I. Levine (admitted *pro hac vice*)
                                      Jennifer L. Marines (admitted *pro hac vice*)
                                      Melissa A. Hager (admitted *pro hac vice*)
                                      Erica J. Richards(admitted *pro hac vice*)
                                      **MORRISON & FOERSTER LLP**
                                      250 West 55th Street
                                      New York, New York 10019
                                      Telephone: (212) 468-8000
                                      Facsimile: (212) 468-7900

                                      *Proposed Counsel for Debtors and Debtors-in-Possession*