# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | )<br>)<br>) Chapter 11<br>) |
| SUNGEVITY, INC., *et al.*,[1] | ) Case No. 17-10561 (KG)<br>) |
| Debtors. | ) Jointly Administered<br>)<br>) **Ref. Docket Nos. 13 & 45** |

## NOTICE OF FILING OF THE FIRST AMENDMENT
## TO THE DIP LOAN AGREEMENT

**PLEASE TAKE NOTICE** that, on March 13, 2017, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing on Superpriority, Senior Secured Basis and (B) Use of Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [D.I. 13] (the "Motion").[2] The DIP Loan Agreement is attached to the Motion as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that, on March 15, 2017, the Court entered the *Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing on Superpriority, Senior Secured Basis and (B) Use of Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [D.I. 45] (the "Interim Order").

**PLEASE TAKE FURTHER NOTICE** that the DIP Loan Agreement has since been amended in accordance with the Interim Order, extending the deadline by which the Credit Parties under the DIP Loan Agreement must hold an auction with respect to the Bankruptcy Sale. A copy of the First Amendment to the DIP Loan Agreement is attached hereto as **Exhibit 1**.

---

[1] The Debtors in the above-captioned chapter 11 cases (the "Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Sungevity, Inc. (4328), Sungevity SD, LLC (4847), Sungevity Development, LLC (0323), and Sungevity International Holdings LLC (5598). The principal place of business for each of the Debtors is 66 Franklin Street, Suite 310, Oakland, CA 94607.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

01:21752697.1

| | |
|---|---|
| Dated: April 4, 2017<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Jaime Luton Chapman*<br>M. Blake Cleary (No. 3614)<br>Jaime Luton Chapman (No. 4936)<br>Kenneth A. Listwak (No. 6300)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>Jonathan I. Levine (admitted *pro hac vice*)<br>Jennifer L. Marines (admitted *pro hac vice*)<br>Melissa A. Hager (admitted *pro hac vice*)<br>Erica J. Richards (admitted *pro hac vice*)<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Proposed Counsel for Debtors and Debtors-in-Possession* |