## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SUNGEVITY, INC., *et al.*,[1] | Case No. 17-10561 (KG) |
| Debtors. | Jointly Administered |
| | **RE: Docket No. 142** |

### NOTICE OF CANCELLATION OF AUCTION AND DESIGNATION OF STALKING HORSE BIDDERS' BID AS THE SUCCESSFUL BID

**PLEASE TAKE NOTICE THAT:**

1. Pursuant to the *Corrected Order (I) Establishing Bidding Procedures and Granting related relief and (II) Approving the Bid Protections Related to the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Interests* [D.I. 142] (the "Bidding Procedures Order")[2] entered by the United States Bankruptcy Court for the District of Delaware, the deadline for submitting a Qualified Bid was April 10, 2017, at 5:00 p.m. (prevailing Eastern Time) (the "Bid Deadline").

2. No Qualified Bid other than that received from the Stalking Horse Bidders was received prior to the Bid Deadline. **As such, the Auction will not be held and is hereby cancelled**.

3. Pursuant to the Bidding Procedures Order, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") designate the Stalking Horse Bidders' Bid as the Successful Bid for the purchase of substantially all of the Debtors' assets (the "Sale"). The

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Sungevity, Inc. (4328), Sungevity SD, LLC (4847), Sungevity Development, LLC (0323), and Sungevity International Holdings LLC (5598). The principal place of business for each of the Debtors is 66 Franklin Street, Suite 310, Oakland, CA 94607.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order.

01:21735170.2

terms of the Successful Bid are set forth in the Stalking Horse Purchase Agreement, substantially in the form attached as Exhibit D to the Motion.

4. At the Sale Hearing to be held on April 17, 2017 at 3:00 p.m. (prevailing Eastern Time) before the Honorable Kevin Gross, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801, the Debtors will seek entry of an order approving the Sale free and clear of all liens, claims, interests, and encumbrances except as otherwise provided in the Stalking Horse Purchase Agreement.

Dated: April 10, 2017
       Wilmington, Delaware

/s/ Jaime Luton Chapman
M. Blake Cleary (No. 3614)
Jaime Luton Chapman (No. 4936)
Kenneth A. Listwak (No. 6300)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

Jonathan I. Levine (admitted *pro hac vice*)
Jennifer L. Marines (admitted *pro hac vice*)
Melissa A. Hager (admitted *pro hac vice*)
Erica J. Richards(admitted *pro hac vice*)
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for Debtors and Debtors-in-Possession*