## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SUNGEVITY, INC., *et al.*,[1] | ) | Case No. 17-10561 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Ref. Docket Nos. 15 & 142** |

### NOTICE OF FILING OF PROPOSED SALE ORDER

**PLEASE TAKE NOTICE** that, on March 13, 2017, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Assets, Including Approving Break-Up Fee and Expense Reimbursement, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [D.I. 15] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, on March 31, 2017, the Court entered that certain order approving, among other things,  the implementation of the Bidding Procedures in connection with the disposition of substantially all of the Debtors' assets [D.I. 142] (the "Bidding Procedures Order").[2]  Pursuant to the Bidding Procedures Order, a final hearing to approve the Sale (the "Sale Hearing") is scheduled to take place on April 17, 2017 at 3:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a proposed form of order (the "Proposed Sale Order") approving the Sale under the terms of the Stalking Horse Purchase Agreement, substantially in the form attached to the Motion as Exhibit D.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present an order, substantially in the form of the Proposed Sale Order attached hereto as **Exhibit A**, at the

---

[1]  The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Sungevity, Inc. (4328), Sungevity SD, LLC (4847), Sungevity Development, LLC (0323), and Sungevity International Holdings LLC (5598).  The principal place of business for each of the Debtors is 66 Franklin Street, Suite 310, Oakland, CA 94607.

[2]  All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order.

Sale Hearing.  The Debtors reserve all rights to modify the Proposed Sale Order at or prior to the Sale Hearing.


Dated:     April 12, 2017            YOUNG CONAWAY STARGATT & TAYLOR, LLP
          Wilmington, Delaware

*/s/ Jaime Luton Chapman*

M. Blake Cleary (No. 3614)
Jaime Luton Chapman (No. 4936)
Kenneth A. Listwak (No. 6300)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

Jonathan I. Levine (admitted *pro hac vice*)
Jennifer L. Marines (admitted *pro hac vice*)
Melissa A. Hager (admitted *pro hac vice*)
Erica J. Richards (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for Debtors and Debtors-in-Possession*