IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

5/3/2017

RE: SUNGEVITY, IN – DEBTORS

(NOTICE OF MOTION FOR ENTRY OF ORDER REJECTING CUSTOMER CONTRACT)

CASE NO. 17-10561 (KG)

Please accept this letter of Objection to the Motion for Rejecting Customer Contract. Contract was entered in good faith and I respectfully request that Sungevity Inc, honor their commitment to our contract. Thank you.

Vincent Johnson

206 Olivia Way
Bear, DE 19701
302-547-5114