# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| SUNGEVITY, INC., *et al.*,[1] | ) Case No. 17-10561 (KG) |
| Debtors. | ) (Jointly Administered) |
| | ) Ref. Docket Nos. 36, 280, and 328 |

## ORDER AMENDING CASE CAPTION AS A RESULT OF NAME CHANGE AND ADDRESS CHANGE

Upon consideration of the certification of counsel (the "**Certification of Counsel**")[2] of the Debtors for the entry of an order amending the Caption as a result of the change of the Debtors' names and addresses in accordance with the Stalking Horse Purchase Agreement and the Sale Order; and due and proper notice of the Certification of Counsel and the relief provided for herein having been given; and it appearing that no other or further notice of the Certification of Counsel and the relief provided for herein is required; and it appearing that this Court has jurisdiction to consider the Certification of Counsel and grant the relief provided for herein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Certification of Counsel is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Certification of Counsel and

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Sungevity, Inc. (4328), Sungevity SD, LLC (4847), Sungevity Development, LLC (0323), and Sungevity International Holdings LLC (5598). The principal place of business for each of the Debtors is 66 Franklin Street, Suite 310, Oakland, CA 94607.

[2] Capitalized terms used herein, but not otherwise defined, have the meanings given to them in the Certification of Counsel.

provided for herein is in the best interest of the Debtors, their estates, and creditors; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. Effective as of the date hereof, the new caption of the Chapter 11 Cases, to be used by all parties in all pleadings and for all purposes and proceedings in these Chapter 11 Cases, shall be as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Sunco Liquidation, Inc., *et al.*,[1] | ) Case No. 17-10561 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Sunco Liquidation, Inc. (f/k/a Sungevity, Inc.) (4328), SSD Liquidation, LLC (f/k/a Sungevity SD, LLC) (4847) (0323), SD Liquidation, LLC (f/k/a Sungevity Development, LLC (0323), and SIH Liquidation LLC (f/k/a Sungevity International Holdings LLC (5598). The mailing address for each of the Debtors is 969 G Edgewater Blvd, #324, Foster City, CA 94404.

2. The Clerk of the Court is authorized and directed to promptly change the dockets and other records of these Chapter 11 Cases to reflect the current names of the Debtors as follows:

| Previous Name | Case No. | Current Name |
|---|---|---|
| Sungevity, Inc. | 17-10561 (KG) | Sunco Liquidation, Inc. |
| Sungevity SD, LLC | 17-10562 (KG) | SSD Liquidation, LLC |
| Sungevity Development, LLC | 17-10563 (KG) | SD Liquidation, LLC |
| Sungevity International Holdings, LLC | 17-10564 (KG) | SIH Liquidation LLC |

3. The Debtors and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted in this Order.

4. Notwithstanding the possible applicability of Rules 6004, 7062, and 9014 of the Federal Rules of Bankruptcy Procedure, or otherwise, the terms and conditions of this order shall be immediately effective and enforceable upon its entry.

5. The Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order.

Dated: May 5, 2017
Wilmington, Delaware

_____
KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE