# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>SUNGEVITY, INC., *et al.*[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 17-10561 (KG)<br>)<br>) Jointly Administered<br>)<br>) Ref. Docket No. 294 & 477<br>) |

## ORDER APPROVING THE STIPULATION AUTHORIZING THE REJECTION OF THE LEASE AGREEMENT BETWEEN ENTERPRISE FM TRUST AND SUNGEVITY, INC.

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order, pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 2006 approving the Stipulation authorizing the rejection of the lease agreement between Enterprise FM Trust ("Enterprise") and Sungevity, Inc. ("Sungevity" and together with Enterprise, the "Parties"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this District is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given; and it appearing that no other or

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Sungevity, Inc. (4328), Sungevity SD, LLC (4847), Sungevity Development, LLC (0323), and Sungevity International Holdings LLC (5598). The principal place of business for each of the Debtors is 66 Franklin Street, Suite 310, Oakland, CA 94607.

[2] Capitalized terms used in this Order but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

01:21840453.1

further notice of the Motion is required; and this Court having found that the relief requested by the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. The Stipulation is hereby approved and the Debtors are hereby authorized, but not directed, to enter into the Stipulation.

3. The Master Lease Agreement, including any amendments, modifications, or supplements thereto, is deemed rejected pursuant to section 365(a) of the Bankruptcy Code as of the date the Stipulation is executed by the Parties.

4. Nothing in this Order or the Motion shall be construed as prejudicing any rights the Debtors may have to dispute or contest the amount of or basis for any claims asserted against the Debtors arising in connection with the rejection of the Master Lease Agreement or as an admission as to the validity or priority of any claim against the Debtors.

5. Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of Bankruptcy Rule 6004(a) are satisfied by such notice or otherwise deemed waived to the extent applicable.

6. Notwithstanding Bankruptcy Rule 6004(h) to the extent applicable, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Debtors are hereby authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: May __18__, 2017
Wilmington, Delaware

_____
KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE