## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| Sunco Liquidation, *et al.*,[1] | ) | |
| | ) | Case No. 17-10561 (KG) |
| Debtors. | ) | |
| | ) | Jointly Administered |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Melissa Membrino, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On or before July 24, 2017, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail upon the service list attached hereto as **Exhibit A**:

- **Debtors' Motion for Entry of an Order (I) Dismissing the Debtors' Chapter 11 Cases; (II) Establishing Bar Date for Administrative Claims Arising After May 24, 2017; (III) Establishing Procedures with Respect to Final Fee Applications; (IV) Authorizing Distributions of Remaining Assets Pursuant to 11 U.S.C. §§ 507(a) and 726; and (V) Granting Related Relief** [Docket No. 592]

Dated: July 28, 2017



Melissa Membrino

---

A notary public or other officer completing this affidavit verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 28th day of July, 2017, by Melissa Membrino, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

TRAVIS R. BUCKINGHAM
Notary Public – California
Los Angeles County
Commission # 2202283
My Comm. Expires Jun 23, 2021

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Sunco Liquidation, Inc. (f/k/a Sungevity, Inc.) (4328), SSD Liquidation, LLC (f/k/a Sungevity SD, LLC) (4847), SD Liquidation, LLC (f/k/a Sungevity Development, LLC) (0323), and SIH Liquidation LLC (f/k/a Sungevity International Holdings LLC) (5598).  The principal place of business for each of the Debtors is 969 G Edgewater Blvd, # 324, Foster City, CA 94404.

# EXHIBIT A

| CreditorName | CreditorNoticeName | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Alison Rose | | 4607 Hinson PL | | San Diego | CA | 92115-2209 |
| Amina Chaudhry | | 11 High Rock Ave | | Dedham | MA | 02026-2605 |
| Angie M Cliffman | | 11602 Sterlinghill Dr | | Austin | TX | 78758-3829 |
| Belinda Livingston | | 17257 Steinegul Rd | | Escalon | CA | 95320-9597 |
| Bretto, Candido S. | | 32 Gratto Rd | | Marshfield | MA | 02050-3614 |
| Brian Klein | | 11346 Jersey Dr | | Thornton | CO | 80233-5520 |
| Bright Planet Solar Inc | Bright Planet Solar Inc | 5 A St | | Auburn | MA | 01501-2101 |
| Carol L Brown | | 2216 SE 186th Ave | | Vancouver | WA | 98683-1859 |
| Charlotte Kessy | | 32302 Alipaz St Spc 157 | | San Juan Capo | CA | 92675-4149 |
| Christopher J Negri | | 140 Mill St Apt 1389 | | East Haven | CT | 06512-1080 |
| Conergy Projects | | 1801 NE 123rd St Ste 421 | | North Miami | FL | 33181-2885 |
| Cory Rhodes | | 1306 Moore Spring Ct | | Brunswick | MD | 21716-9714 |
| Daniel G Roy | | 905 Marble St | | Broomfield | CO | 80020-1789 |
| Daniel Roy | | 905 Marble St | | Broomfield | CO | 80020-1789 |
| Deirdre Boling-Lewis | | 7 Sugar Maple Ct | | Little Rock | AR | 72212-2138 |
| Derrick Robinson | | 4961 Stoneridge Ct | | Oakland | CA | 94605-3872 |
| Digital Green Media LLC | | 32045 Castle Ct Ste 202 | | Evergreen | CO | 80439-3511 |
| Do, Joann D. | | 5803 Fontainebleau Dr | | New Orleans | LA | 70125-4362 |
| Drews, Helmut | | 552 14th St | | San Francisco | CA | 94103-1016 |
| Earl Warner | | 2531 Nunnery Rd | | Skaneateles | NY | 13152-8938 |
| Eat Club Inc. | | 1400A Seaport Blvd | | Redwood City | CA | 94063-5625 |
| Eric A. Orong | | 5503 W Wren Ave | | Visalia | CA | 93291-9145 |
| Evolve Discovery | | 1114 Avenue Of The Americas Fl 4 | | New York | NY | 10036-7772 |
| Evonishon, Alan G. | | 526 Cormorant | | San Antonio | TX | 78245-1375 |
| Floyd R Woodson | | 7903 Plantation Lakes Dr | | Port St Lucie | FL | 34986-3005 |
| Folger, James P. | | 11845 Jim Webb Dr | | El Paso | TX | 79934-3146 |
| Fox, Benedict | | 1133 Fell St Apt 9 | | San Francisco | CA | 94117-2371 |
| Friend, Michael D. | | 2021 California St Apt 304 | | San Francisco | CA | 94109-4316 |
| Gordon, Makita M. | | 110 Proctor St | | Waterbury | CT | 06706-1900 |
| Hilary Litterick | | 2045 Clinton Ave Apt 4 | | Alameda | CA | 94501-4375 |
| Hillary Litterick | | 2045 Clinton Ave Apt 4 | | Alameda | CA | 94501-4375 |
| Inkworks Press | | PO Box 3057 | | Berkeley | CA | 94703-0057 |
| Jackson, Micheal E. | | 13212 S Locust St | | Olathe | KS | 66062-1544 |
| Jacqueline Downing | | 10534 Caminito Alvarez | | San Diego | CA | 92126-5784 |
| Jane Magee | | 675 S Sierra Ave Unit 42 | | Solana Beach | CA | 92075-3242 |
| Jenkins Kabaila, Mashariki K. | | 8144 Svl Box | | Victorville | CA | 92395-5165 |
| Jennifer K McLaughlin | | 10121 W Lilac Rd | | Escondido | CA | 92026-5310 |
| Jimmy D Williams | | 151 Catmint St | | Manteca | CA | 95337-8618 |

Exhibit A

| CreditorName | CreditorNoticeName | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| John Lennert | | 1541 River Birch St | | Manteca | CA | 95336-5217 |
| Juan Osuna | | 90 Mcchord St Unit 5000 | | Jbphh | HI | 96853-5699 |
| Justin Cox | | 1738 E Kudu Ct | | Draper | UT | 84020-9375 |
| Kamalakar, Mayur M. | | 4538 Winkler Ave | | Fort Myers | FL | 33966-7052 |
| Kenneth Amaradio | | 24425 Epson Ct | | Murrieta | CA | 92562-9071 |
| Kevin R Huner | | 197 Markham Ln | | Crossville | TN | 38558-2650 |
| Khan, Muhammad H. | | 2019 Mcgee Ave | | Berkeley | CA | 94703-1416 |
| Kiara J Munir | | 2222 Sloan Dr | | Charlotte | NC | 28208-7417 |
| Kinane Events | | 2987 Highland Dr | | Carlsbad | CA | 92008-1912 |
| Kratz, Stefan | | 1602 Majestic Dr | | Chambersburg | PA | 17202-8049 |
| Kristen Wells | | 43 Central Ave | | Assonet | MA | 02702-1366 |
| Kristin L Lairson | | 24711 Riverchase Dr Apt 5209 | | Valencia | CA | 91355-1420 |
| Kristin Lairson | | 24711 Riverchase Dr Apt 5209 | | Valencia | CA | 91355-1420 |
| Laura Hoeppner | | PO Box 402 | | Dillon | CO | 80435-0402 |
| Linda Carol Bathgate | | 3600 SW 19th Ave Apt 34 | | Gainesville | FL | 32607-4132 |
| Lippert/Heilshorn and Associates | Kirsten Chapman, Managing Director, Principal | 44 Montgomery St Ste 200 | | San Francisco | CA | 94104-4529 |
| Lucineide DaSilva | | 30 Hickory Ln | | Waterford | CT | 06385-4231 |
| Luis Bencomo | | 752 Newport Ln | | O Fallon | IL | 62269-7071 |
| Maha, George J. | | 78 Harding Rd | | Lexington | MA | 02420-3336 |
| Mangesh Katarkar | | 730 Rose Creek Cir | | Johns Creek | GA | 30097-7894 |
| Mario Garcia | | 14460 Amby Ct | | San Diego | CA | 92129-3363 |
| Mark J. Mooradian | | 16046 Sun Summit Pt | | San Diego | CA | 92127-2050 |
| Mark Mooradian | | 16046 Sun Summit Pt | | San Diego | CA | 92127-2050 |
| Matthew Fisher | | 407 63rd St | | Oakland | CA | 94609-1314 |
| Medalaine Cope | | 6971 Mulberry Ct | | Melbourne | FL | 32940-7956 |
| Megan Arlene Feeg | | 1038 Waverly St | | Philadelphia | PA | 19147-1234 |
| Meisenheimer, Jacob C. | | 6652 S La Rosa Dr | | Tempe | AZ | 85283-3778 |
| Melenciano, Edwin R. | | 100 Nightgale St # 3 | | Dorchester Ctr | MA | 02124-1706 |
| Michael Heindel | | 8 Pierremont | | Aliso Viejo | CA | 92656-8049 |
| Michael R Lefevre | | 27 Charbonneau Ave | | East Freetown | MA | 02717-1215 |
| Michael S. Donnenberg | | 16 W Read St | | Baltimore | MD | 21201-5305 |
| Michelle A Pelletier | | 14754 Bartley Ln | | Jamul | CA | 91935-3306 |
| OhmConnect | Nuke Heluson, Lead Business Development | 350 Townsend St Ste 210 | | San Francisco | CA | 94107-1674 |
| Orren L Hoover | | 2500 Jewetta Ave Spc 10 | | Bakersfield | CA | 93312-9410 |
| Ousmane Goumandakoye | | Cmr 445 Box 770 | | Apo | AE | 09046-0008 |
| Pacific Solar Technologies | Timothy Murph, Vice President/ GM | PO Box 4759 | | Hilo | HI | 96720-0759 |

| CreditorName | CreditorNoticeName | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Pegasus Solar | | 95 Ryan Dr Ste 3 | | Raynham | MA | 02767-1992 |
| Plasker, Casey | | 399 Darlington Ave | | Ramsey | NJ | 07446-1306 |
| Rachman, Royce M. | | 2251 Munster St | | Pomona | CA | 91768-1534 |
| Raymond Bidwell | | 2204 Fringe Tree Trl | | The Villages | FL | 32162-3484 |
| Renegade Racing | Make U-Fit Productions LLC | Dba Renegade Racing | 22600 Lambert St Ste 910 | Lake Forest | CA | 92630-1621 |
| Richard D Diamond | | 3525 Woodcliff Rd | | Sherman Oaks | CA | 91403-5046 |
| Richard Diamond | | 3525 Woodcliff Rd | | Sherman Oaks | CA | 91403-5046 |
| Ron Dunn | | 2715 Uranium Dr | | Oxnard | CA | 93030-8422 |
| Rozanski, Charles E. | | 27143 Avalon Rd | | Georgetown | DE | 19947-6517 |
| Russell D Carter | | 21626 Saddle Bred Ln | | Escondido | CA | 92029-4836 |
| Sansores, Raul H. | | 37531 19th St E | | Palmdale | CA | 93550-6901 |
| Scott Mullins | | 1401 Mission St Apt 1002 | | San Francisco | CA | 94103-2696 |
| Sean R Slattery | | 12046 N Royal Troon Rd | | Highland | UT | 84003-5522 |
| Social Venture Network | | 1303 Jefferson St Ste 100A | | Napa | CA | 94559-2442 |
| Stefan Kratz | | 1602 Majestic Dr | | Chambersburg | PA | 17202-8049 |
| Sunburst Solar Energy | | 319 Nautilus Ave | | Lakeway | TX | 78738-1010 |
| Tercero, Yader | | 6630 Thunderhead Cir | | Orangevale | CA | 95662-3112 |
| Theo A. Curtis | | 913 Farm House Ct | | Rocklin | CA | 95765-5370 |
| Thompson, Missy | | 358 Kettle Creek Rd Apt 2 | | Toms River | NJ | 08755-1959 |
| Vitale, Pamela R. | | 64 Smith Rd | | Avon | CT | 06001-3129 |
| Vivint Solar | Peter Wallace MD | MD | 1850 W Ashton Blvd | Lehi | UT | 84043-5490 |
| Volaski Nicola A. | | 2120 S State College Blvd Apt 2040 | | Anaheim | CA | 92806-6218 |