# SIGN-IN-SHEET

**CASE NAME:** SUNCO LIQUIDATION, INC.
**CASE NO.:** 17-10561 (KG)

**COURTROOM LOCATION:** 3
**DATE:** 8/16/17

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| M Blake Cleary | YCST | Debtors |
| Jaime Chapman | " | " |
| Jon Levine | Morrison-Foerster | " |
| Dimitra Doufekias | " | " |
| Jack Raisner | Outten & Golden | WARN Class (Adelman) |
| William E. Chapman | Chapman Brown Owens & Gleup | KWA'OLE HAWAII Kai Subs LLC |
| Benjamin Hackman | U.S. Trustee | U.S. Trustee |
| Jeff Wagner | Morris James | Committee |
| Lucian Axelrod | Brown Rudnick | " |
| Sami Berlke | " | " |
| Barbara Sthmers | Pro Se | Pro Se |

# Court Conference

**U.S. Bankruptcy Court-Delaware**

## Confirmed Telephonic Appearance Schedule

**Honorable Kevin Gross**
Courtroom

Calendar Date: 08/16/2017
Calendar Time: 02:00 PM ET

*1st Revision  Aug 15 2017  3:22PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Sunco Liquidation, Inc | 17-10561 | Hearing | 8532539 | Oren Haker | (503) 294-9338 ext. | Stoel Rives LLP | Creditor, Kina-Ole Capital / LISTEN ONLY |
| | | Sunco Liquidation, Inc | 17-10561 | Hearing | 8537693 | Patrick Holohan | (646) 412-5336 ext. | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| | | Sunco Liquidation, Inc | 17-10561 | Hearing | 8537263 | Kim King | (805) 603-7869 ext. | Kim King - In Pro Per/Pro Se | In Propria Persona, Kim King / LIVE |
| | | Sunco Liquidation, Inc | 17-10561 | Hearing | 8533620 | Andrew Kissner | (212) 468-8000 ext. | Morrison & Foerster LLP | Debtor, Sungevity, Inc. / LISTEN ONLY |
| | | Sunco Liquidation, Inc | 17-10561 | Hearing | 8537181 | Christopher Mayfield | (646) 766-0641 ext. | Capital Structure | Interested Party, CapitalStructure / LISTEN ONLY |
| | | Sunco Liquidation, Inc | 17-10561 | Hearing | 8535883 | Jonathan W. Randles | (212) 416-2037 ext. | Dow Jones | Interested Party, Jonathan W. Randles / LISTEN ONLY |
| | | Sunco Liquidation, Inc | 17-10561 | Hearing | 8533595 | Elizabeth Rushforth | (302) 571-5732 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Sungevity, Inc. / LIVE |